**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BROOKE ETZEL,**

        **Plaintiff,**

-vs-                                                              **Case No. 6:10-cv-131-Orl-31GJK**

**BRINKER INTERNATIONAL PAYROLL**
**COMPANY, L.P.,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on First Amended Joint Renewed Motion to Approve FLSA Settlement and Dismiss with Prejudice (Doc. No. 35) filed January 4, 2012.

On January 10, 2012, the United States Magistrate Judge issued a report (Doc. No. 35) recommending that the motion be granted. The parties filed a Joint Notice of No Objection to the report (Doc. 36). Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **ADOPTED** and **CONFIRMED** as part of this Order.

2. The First Amended Joint Renewed Motion to Approve FLSA Settlement and Dismiss with Prejudice is GRANTED. The Settlement Agreement is approved, this case is DISMISSED with prejudice, and the Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 12th day of January, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE